**Opinion issued September 9, 2014**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-14-00634-CV**

———————————

**IN RE JOEL D. MALLORY, Relator**

———————————

**Original Proceeding on Petition for Writ of Mandamus**

———————————

## MEMORANDUM OPINION[*]

On August 4, 2014, relator Joel D. Mallory filed a petition for a writ of mandamus. We **deny** relator's petition for writ of mandamus. All outstanding motions are **dismissed as moot**.

---

[*]  The underlying case is *Joel Mallory v. J.P. Morgan Chase Bank, N.A.; Chase Home Finance, L.L.C. and Codilis & Stawiarski, P.C.*, in the 151st District Court of Harris County, Cause No. 2010-64487.

**PER CURIAM**

Panel consists of Justices Massengale, Brown, and Huddle.